**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ABBY ROBINSON,** *et al.*                                                                                          **PLAINTIFFS**

**v.**                                                                                      **Case No. 3:25cv976-KHJ-BWR**

**STATE BAR OF MISSISSIPPI FOUNDATION,** *et al.*                                     **DEFENDANTS**

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that J. Cal Mayo, Jr., of Mayo Mallette PLLC, has been retained by Defendant **Mississippi Bar Foundation, Inc.** [named as State Bar of Mississippi Foundation]**,** in this matter. He gives notice to all parties in interest of his request that all notices given or required to be given in this case and all pleadings and other papers served or required to be served in this case be provided to and served to him:

> J. Cal Mayo, Jr. (MB NO. 8492)
> Mayo Mallette, PLLC
> 2094 Old Taylor Road, Suite 200
> Oxford, Mississippi 38655
> Tel: (662) 236-0055
> Fax: (662) 236-0035
> *cmayo@mayomallette.com*

PLEASE TAKE FURTHER NOTICE that this demand includes not only the notices, pleadings and other papers, but also includes, without limitation, all orders, applications, complaints, motions, petitions, pleadings, requests and demands, whether formal or informal, whether *ex parte* or on notice, whether written or oral and whether transmitted or conveyed by mail, electronic means, hand-delivery, telephone, telecopier, telegraph or otherwise. This Defendant specifically reserves all claims, defenses, and objections.

This, the 6th day of January 2026.

                                              Respectfully submitted,

                                              **MISSISSIPPI BAR FOUNDATION, INC.**

                                              */s/ J. Cal Mayo, Jr.*
                                              J. CAL MAYO, JR. (MB NO. 8492)
                                              *Attorney for This Defendant*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
*cmayo@mayomallette.com*