AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00976-KHJ-MTP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JUDGE ELEANOR FAYE PETERSON__
was received by me on *(date)* __12/22/2025__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __FAYE JACKSON__, who is
designated by law to accept service of process on behalf of *(name of organization)* __JUDGE ELEANOR FAYE PETE__
on *(date)* __12/22/2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __100.00__ for travel and $ __75.00__ for services, for a total of $ __175.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/22/2025__

*Server's signature*

__RON RAY__
*Printed name and title*

102 SIS CIRCLE, HATTIESBURG, MS 39402

*Server's address*

Additional information regarding attempted service, etc: