**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ABBY ROBINSON,** *et al.*                                                                **PLAINTIFFS**

**v.**                                                                                           **No. 3:25-cv-976-KHJ-BWR**

**STATE BAR OF MISSISSIPPI FOUNDATION,** *et al.*                      **DEFENDANTS**

**RESPONSE OF MISSISSIPPI BAR FOUNDATION
TO PLAINTIFFS' MOTIONS TO CLARIFY**

In two separate motions with the same title (*see* Motions [Docs. 29 and 30]), Plaintiffs have asked this Court "for clarity of the CMO, along with the status of the court's record according to order at Doc. [25]" which granted Defendant Mississippi Bar Foundation "an additional [5] day of an answer to the complaint." As the Foundation has already responded to the Complaint under Fed. R. Civ. Pr. 12, nothing exists for the Court to "clarify". This Court should deny Plaintiffs' Motions.

Plaintiffs served the Foundation with the Complaint on December 22, 2025. After Plaintiffs refused to consent to additional time for the Foundation to respond and five days before the 21-day deadline of January 12, 2026, the Foundation asked the Court for an enlargement of time to respond until January 30, 2026. *See* Motion (January 7, 2026) [Doc. 11]. The same day, the Foundation provided the Court (Magistrate Judge Rath) by email a proposed order granting the request for additional time. Plaintiff opposed the Motion the next day. *See* Response [Doc. 12] *and* Brief [Doc. 13].

With the deadline looming and no resolution of its request for time, the Foundation responded to the Complaint on January 12. *See* Motion for More Definite Statement or to Dismiss [Doc. 15] *and* Brief [Doc. 16]. Plaintiffs responded to the Motion. *See* Response [Doc.

22] *and* Brief [Doc. 23]. The Foundation submitted its reply. *See* Rebuttal [Doc. 24]. The Foundations' Motion is ripe for resolution.

The Court granted the Foundation's request for additional time to respond to the Complaint on January 26. *See* Order [Doc. 25]. There, the Court granted the Foundation until January 30, 2026, "to answer or otherwise respond to the Complaint". *See* Order at p.2.

In their Motions to Clarify, Plaintiffs contend that the Foundation "failed to file dutifully an answer to the complaint as ordered . . .." *See* Motions [Docs. 29 and 30] at ¶3. However, as already discussed, the Foundation properly responded to the Complaint on January 12, 2026, within the original 21-day deadline and before entry of the Order [Doc. 25]. No need exists to clarify "the CMO, along with the status of the court's record according to order at Doc. [25]".

Due to the straightforward nature of this issue, the Foundation requests the Court to waive the separate briefing requirement of Local Rule 7(b)(4).

WHEREFORE, PREMISES CONSIDERED, Defendant Mississippi Bar Foundation requests that this Court deny Plaintiffs' Motions to Clarify [Docs 29 and 30]. The Foundation requests any other appropriate relief.

THIS, the 3rd day of February 2026.

        Respectfully submitted,

        **MISSISSIPPI BAR FOUNDATION, INC.**

        */s/ J. Cal Mayo, Jr.*
        J. CAL MAYO, JR. (MB NO. 8492)
        PAUL B. WATKINS, JR. (MB NO. 102348)
        *Attorneys for Mississippi Bar Foundation, Inc.*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
*cmayo@mayomallette.com*
*pwatkins@mayomallette.com*