# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

ABBY ROBINSON, individually,                                                    **PLAINTIFFS**

 ABBY ROBINSON & ASSC.

 LAW FIRM PLLC, VANESSA JONES, individually,

VANESSA J JONES & ASSOCIATES LLC,

And on behalf of all others similarly situated


**Versus**                                                      CASE NO.<u>25-976</u>


STATE BAR OF MISSISSIPPI FOUNDATION                **DEFENDANTS**

STATE BAR OF MISSISSIPPI OFFICE OF

GENERAL COUNSEL,

JEREMY LUKE BIRDSALL, individually and in his official capacity

MELISSA SELMA SCOTT, individually and in her official capacity,

KATHRYN LITTRELL individually and in her official capacity

Honorable Judge Faye Peterson (Declaratory Judgment Only)

John and/or Jane Doe

John Doe Company[s]

_____

**PLAINTIFFS REPLY IN SUPPORT OF THE  MOTION FOR THE COURT TO CLARIFY THE COURT'S CMO AND THE STATUS/ POSTURE OF THE CASE IN THE INTEREST OF CLAIMS AND AMENDMENTS**

_____

**COMES NOW**, Plaintiffs files this reply in support of plaintiffs motion for clarity of the CMO, along with the status of the court's record according to order at Doc.[25] which was an order of the court for defendant (Mississippi Bar Foundation) granted an additional [5] day of an answer to the complaint.

As such, Plaintiffs supports the motion with the following considerations:

1.  As stated in the motion, at doc.[29], this court entered an order for the Defendant Mississippi Bar Foundation to file an answer to the complaint at Doc.[25].  It goes to the factual record that the court knows what pleadings were filed prior to the order entry of doc.[25] by the Bar Foundation, therefore, the duty  of the defendant, the MS Bar Foundation seems to have been to obey the order.  Instead, they did not and in accordance with the F.R.C.P. and law representing failure to follow the court's order, plaintiffs respectfully ask the court to clarify what it ordered for the sake of preventing harm in the case and for recordation of records.

2. Therefore, for the Defendant, Mississippi Bar Foundation to suggest that the court leave the record unclear is very odd, seeing how defendants themselves should desire the docket and all parties are brought to the court in one action.

3. At any medium, it appears to be fair and reasonable to request that the court provide an order of clarity to prevent unnecessary motion[s] filing, and that the CMO is ordered so that the parties know of the expected arrangement of time in this case, especially since the MS Bar Counsel, and its state defendants, in their professional capacity, excluding the Honorable Peterson has answered the suit.

4. As a result, plaintiffs, in accord to the U.S. Constitution seeks the promised constitutional right to litigate this matter timely, if it so pleases the court.

5. The Mississippi Bar Foundation response to the motion is that ***the court should not give the status and posture of the case;*** again, that's odd because not only does such order prevent injustices early on but it is fair and lawful as suggested in the law submitted under the tab, memorandum to support motion as filed by plaintiffs.

6. Importantly, Defendant, Mississippi Bar Foundation does not provide any law at all that defeats the law provided by plaintiffs in the motion, instead, mere personal opinions that are not supported by U.S. Constitution nor its 5th Circuit courts of appeals precedent case law.

## **CONCLUSION**

Therefore, and as the court is likely already considering, a status order on the CMO order at this stage of ***posture is necessary*** to weed out potential prejudices that might further violate plaintiffs U.S. Constitutional Rights as prescribed by the complaint.  As such, plaintiffs respectfully ask the court to grant an order for the record of the posture of the case especially since the court's order to the Mississippi Bar Foundation to respond to the complaint by 01/30/2026 and that order to this date was not followed by the Mississippi Bar Foundation.

1.  **Respectfully Submitted this the 3rd day of February 2026.**

**Abby Robinson Pro Se Litigant**

**P.O. BOX 14**

**Jackson, MS 39205**

**601-668-6400**

**Email: arobinsonlawfirm@yahoo.com**


**Vanessa J Jones, Pro Se Litigant**

## <u>CERTIFICATE</u>

The undersigned hereby files with the clerk of the court the following pleading in accordance with the rules of F.R.C.P. and the clerk shall distribute to all parties involved.

Respectively Submitted this the 3rd day of February, 2026

**ALL, Plaintiffs Abby Robinson Pro Se, et.al**
**Plaintiffs Vanessa J. Jones Pro Se, et.al**


**MS BAR FOUNDATION,**
**MS BAR Counsel,**
**Jeremy Birdsall, Melissa Scott, Kathyrn Littrell**