# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**ABBY ROBINSON, individually,**                                    **PLAINTIFFS**

**ABBY ROBINSON & ASSC.**

**LAW FIRM PLLC, VANESSA JONES, individually,**

**VANESSA J JONES & ASSOCIATES LLC,**

And on behalf of all others similarly situated

**Versus**                                        **CASE NO. 25-976**

**STATE BAR OF MISSISSIPPI FOUNDATION**                 **DEFENDANTS**

**STATE BAR OF MISSISSIPPI OFFICE OF**

**GENERAL COUNSEL,**

**JEREMY LUKE BIRDSALL, individually and in his official capacity**

**MELISSA SELMA SCOTT, individually and in her official capacity,**

**KATHRYN LITTRELL individually and in her official capacity**

Honorable Judge Faye Peterson (Declaratory Judgment Only)

John and/or Jane Doe

John Doe Company[s]

_____

**PLAINTIFFS MOTION TO STAY CASE PENDING THE COURT'S ORDER AS TO DEFENDANT MS BAR FOUNDATION OR IN THE ALTERNATIVE, PROVIDE THE CMO order and dates**

_____

1

**COMES NOW,** Plaintiff and files this motion to stay the case pending the court's order regarding Mississippi Bar Foundation or in the alternative, the court's order for the CMO. As such, plaintiffs' files this motion in good faith and in accord with law that this case qualifies to be stayed because one defendant, The Mississippi Bar, has answered the suit, but the court has ordered at Doc.[33] defendant The Mississippi Bar Foundation be granted their motion for a more definite statement.

Therefore, Plaintiff's request is grounded in law for a stay of the Mississippi Bar (state actors), as well as fairness in litigation of U.S. Constitutional violations so that the issues before the court may be resolved pursuantly to the case management scheduling order from the court. Plaintiff contends that without the stay there likely would be repetitiveness of the same issues and trial that involves the same defendants as sought in the lawsuit. Plaintiff's request for the stay is in accord with the court's order for plaintiff to file a response to the Bar Foundation request for a more definite statement Doc.[33]. Therefore, *the stay should be granted*. Plaintiff's memorandum of law follows.[1]

**Respectfully Submitted this the 9th day of February 2026**
**ALL, Plaintiffs Abby Robinson Pro Se, et.al**
**Plaintiffs Vanessa J. Jones Pro Se, et.al**

## **CERTIFICATE OF SERVICE**

The undersigned hereby files with the clerk of the court the following pleading in accordance with the rules and the clerk shall distribute to all parties involved.

Respectively Submitted this the 9th day of February 2026

**ALL, Plaintiffs Abby Robinson Pro Se, et.al**

**Plaintiffs Vanessa J. Jones Pro Se, et.al**

**MS BAR FOUNDATION,**

**MS BAR Counsel,**

**Jeremy Birdsall, Melissa Scott, Kathyrn Littrell**