

# Mississippi Bar Foundation Fellows

Abbott, Guthrie T., *Oxford*
Abston, Willie Terrell, *Flowood*
Adams, Jr., Nathan P., *Greenville*
Adams III, Lemuel Garner, *Brandon*
Adams, Felicia Colette, *Oxford*
Adams, Holmes S., *Ridgeland*
Adelman, Michael S., *Hattiesburg*
Alexander, Amanda Green, *Jackson*
Alexander, John M., *Cleveland*
Alexander, S. Allan, *Oxford*
Alexander, Thomas B., *Franklin, TN*
Alfonso, Margaret, *Gulfport*
Alford, T. Swayze, *Oxford*
Allen, David M., *Pascagoula*
Allen, William Robert, *Brookhaven*
Alston, Sheldon G., *Jackson*
Ammons, Clifford Barnes, *Jackson*
Anderson, Linda R., *Jackson*
Anderson, Reuben V., *Jackson*
Andrews III, William E., *Purvis*
Applewhite, Henry J., *Amory*
Armstrong, Jr., John T., *Hazlehurst*
Arrington, Derek R., *Hattiesburg*
Aycock, Sharion, *Fulton*

Bailess, Robert R., *Vicksburg*
Bailey, F. Hall, *Jackson*
Baker, Alison Bryant, *Gulfport*
Baker, Jennifer Tyler, *Biloxi*
Ball, F. Keith, *Madison*
Banahan, John A., *Pascagoula*
Banks, Jr., Fred L., *Jackson*
Baria, David W., *Bay St. Louis*
Barnes III, Harris H., *Flowood*
Barnes, Donna M., *Tupelo*
Barnes, Vicki R., *Vicksburg*
Barrett, John W., *Lexington*
Barry, John Richard, *Meridian*
Beam, Dawn Henderson, *Sumrall*
Bell, Brehm T., *Bay St. Louis*
Bell, Deborah H., *Oxford*
Bell, James D., *Crystal Springs*
Bennett, L. Grant, *Hattiesburg*
Bennett, Patricia W., *Jackson*
Bentley, Michael J., *Jackson*
Bergmark, Martha Jean, *Takoma Park, MD*
Berry, Leigh K., *Columbia*
Berry, Renee Harrison, *Hazlehurst*

Biggs III, Robert A., *Jackson*
Bise, Carter O., *Gulfport*
Blackmon, Edward, *Canton*
Blackwell II, Leonard A., *Gulfport*
Blessey, Gerald H., *Biloxi*
Bogen, Jr., Edward J., *Leland*
Bossier, Sheila M., *Jackson*
Bramlette III, David C., *Natchez*
Brewer, Cynthia Lee E., *Canton*
Bridges, Sharon F., *Jackson*
Bridgforth, E. Barry, *Yazoo City*
Brown, Debra Marie, *Greenville*
Brown, Mary Lee, *Hernando*
Brown, William A., *Hernando*
Bryant, Jr., Olen C., *Hazlehurst*
Buchanan, Sam H., *Hattiesburg*
Buffington, Jr., C. Phillip, *Jackson*
Buffington, J. Larry, *Collins*
Burkes, Felicia Dunn, *Hattiesburg*
Burns, Kenneth M., *Okolona*
Byars III, Wilton V., *Oxford*
Byrd, Robert A., *Biloxi*



EXHIBIT 12



Find a Lawyer / Mississippi / Jackson Lawyers

Wise Carter Child & Caraway Professional Association   Of Counsel



# James K Child, Jr.

Not yet reviewed

401 East Capitol Street, Suite 600, P.O. Box 651, Jackson, MS 39201

Public Utility Law, Energy & Utilities and Telecommunications

Licensed for 70 years     1 Award

**About** | Reviews | Services | Experience | Location | Update Profile

## About James K Child, Jr.

James K Child, Jr. is a lawyer practicing public utility law, energy & utilities, telecommunications. James has been licensed for 70 years. James practices at Wise Carter Child & Caraway Professional Association in Jackson, MS.



### Awards

AV Preeminent Peer Rated



## Reviews for James K Child, Jr.

This lawyer does not have any client reviews on Lawyers.com yet



Write a Review

Campbell III, Roy D., *Jackson*
Cannada, Don B., *Jackson*
Cardin, Tommie S., *Ridgeland*
Carey-McCray, Margaret, *Greenville*
Carleton, Melissa, *Meridian*
Carlson, Jr., George C., *Batesville*
Carlton, Virginia Carter, *Columbia*
Carmean, Jay P., *Oxford*
Carnathan, Gary L., *Tupelo*
Carr, Michael Stephen, *Cleveland*
Cascio, Tamara O., *Jackson*
Castilla, Alveno N., *Jackson*
Chamberlin, Robert P., *Hernando*
Chandler, David Anthony, *Tupelo*
Chaney, Jr., M. James, *Vicksburg*
Chapman, Ralph E., *Clarksdale*
• Child, Jr., James K., *Jackson*
Childs, Jr., Thomas E., *Fulton*
Clark III, Robert George, *Lexington*
Clark, David W., *Jackson*
Clark, Leonard R., *Jackson*
Clayton, Jr., Claude F., *Tupelo*
Clement, Jr., W. Rodney, *Jackson*
Cobb, Leonard B., *Meridian*
Cockerham, Angela Y., *Magnolia*
Cole, Jr., Ben T., *Oxford*
Cole, Edderek L., *Ridgeland*
Coleman, Josiah D., *Toccopola*
Coleman, Linda F., *Cleveland*
Collier III, T. Harris, *Jackson*
Combs, Gwen G., *Hattiesburg*
Connell, Jr., Edward P., *Clarksdale*

Connell, Mary Ann, *Oxford*
Connell, Mary Ann Strong, *Oxford*
Copeland, Meta S., *Jackson*
Cossar, Jr., George Payne, *Charleston*
Cox, Ricky J., *Gulfport*
Craig, C. York, *Ridgeland*
Cranford, J. Lindsay Green, *Hattiesburg*
Crawford, John A., *Ridgeland*
Crosthwait, Jr., Frank O., *Indianola*
Cruthird, George G., *Picayune*
Cupples, Margaret Oertling, *Jackson*
Currie, Jr., Edward Jones, *Madison*
Dalehite, Jr., William Moore, *Jackson*
Dallas, Bobby L., *Ridgeland*
Daniels III, John H., *Greenville*
Davidson, Jr., H. Jim, *Columbus*
Davidson, Glen H., *Aberdeen*
Davis, Deborah S., *Oxford*
Davis, Gregory K., *Jackson*
Davis, Jerry A., *Oxford*
Davis, Samuel M., *Oxford*
Dickinson, Jess H., *Madison*
Dixon, Linda M., *Jackson*
Dixon, Melba L., *Jackson*
Dodson, Lisa P., *Gulfport*
Doleac, Malcom Ronald, *Hattiesburg*
Donovan, Edward F., *Biloxi*
Dossett, Jr., James K., *Nashville, TN*
Dove, Jr., Luther M., *Jackson*
Drinkwater, Jr., W. Wayne, *Jackson*
Dukes, Walter W., *Gulfport*
Dulaney, Andrew T., *Tunica*
Dulaney, William P., *Tunica*

Dulin, Jr., James T., *Gulfport*
Dye, Jr., William M., *Oxford*
Dyer, Gaines S., *Greenville*
Easterling, Michelle Dean, *West Point*
Easterling, S. Wayne, *Hattiesburg*
Eaton III, Barney E., *Oxford*
Eaves, Grady Jyles, *Louisville*
Edmonson, Richard M., *Jackson*
Edney, LaVerne, *Ridgeland*
Edwards, Cecile C., *Jackson*
Eichelberger, Jennie Austin, *Jackson*
Eichelberger, J. Matthew, *Jackson*
Elliott, Robert W., *Ripley*
Entrekin, Sarah L., *Laurel*
Evans, Camille Henick, *Jackson*
Fair, George R., *Jackson*
Faneca, Jr., Cyril T., *Gulfport*
Farese, Sr., Steven E., *Ashland*
Farese, Jr., Steven E., *Ashland*
Farese, Anthony L., *Ashland*
Farese, John Booth, *Oxford*
Favre, S. Trent, *Bay St. Louis*
Ferrell, John Alexander, *Booneville*
Ferris III, E. Brooke, *Memphis, TN*
Fisher, Trudy D., *Ridgeland*
Fitch, Aleita Sullivan, *Mendenhall*
Fitch, Lynn, *Jackson*
Fortner, Thomas N., *Hattiesburg*
Franke, Jr., Paul M., *Gulfport*
Freeland, John Hale, *Oxford*
Fruge, Don L., *Oxford*
Furr, Anna C., *Ridgeland*