# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**ABBY ROBINSON, et.al**                                                    **PLAINTIFFS**

**VS.**                             **CIVIL ACTION NO. 3:25-cv-976-KHJ-BWR**

**STATE OF MISSISSIPPI BAR, et.al**                        **DEFENDANTS**

---

### APPLICATION FOR CLERK'S ENTRY OF DEFAULT and DECLARATION OF SUPPORT THEREOF, AGAINST JEREMY LUKE BIRDSALL IN HIS <u>INDIVIDUAL CAPACITY</u> OF SAID LAWSUIT AND PURSUANT TO F.R.C.P. 55

---

COMES NOW, Plaintiff Robinson, pursuant to **3:25-cv-976-KHJ-BWR** and under **the legal authority –F.R.C.P.55(a)** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the <u>clerk must enter</u> the party's default." Fed. R. Civ. P. 55(a). The entry of default is <u>mandatory</u> once the moving party has made the required showing.* As such, Plaintiff Robinson attaches the required affidavit accordingly to the rule. Moreover, this application for entry of default is against Jeremy Luke Birdsall in his individual capacity only because the

individual has not answered the complaint nor the amended complaint, and now the time to do so has fully expired nearly [4] months ago.

2.   Defendant, Jeremy Birdsall was served with the Summons and Complaint on December 22, 2025, attached hereto as Ex.[1], and the docket for this case shows the same, and he was served in accordance with FRCP Rule 4.

As a result, the deadline to answer or otherwise respond has expired — 21 days under FRCP 12(a)(1)(A), or 60 days if service was waived.

3.   No answer, motion to dismiss, or other responsive pleading has been filed by Jeremy Luke Birdsall individually, therefore, and No extension of time has been granted nor sought by Jeremy Luke Birdsall.

4.   Defendant, Jeremy Luke Birdsall is not a minor or incompetent person; nor has this Defendant plead that he is in active military service (required by the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

5.   As a result, Nearly four (4) months have elapsed without any individual appearance by this Defendant.

6.   Therefore, according to the rule, the clerk must file this entry of default judgment, along with exhibit [1] and [2] the affidavit. The motion for default follows after this entry is filed.

1

**Respectfully Submitted this the 27th day of April, 2026**

**Plaintiff, Abby Robinson, Pro Se**

**P.O. Box 14**

**Jackson, Mississippi 39205**

**Email: abbybuildings@yahoo.com**

## CERTIFICATE OF SERVICE

The undersigned has this day, April 27, 2026 filed the foregoing document with the U.S. Clerk of the Court for this district, and the Clerk will distribute a copy of the filing to all parties involved in this litigation pursuant to the federal rules of civil procedures.

**Plaintiff, Abby Robinson, Pro Se**

**P.O. Box 14**

**Jackson, Mississippi 39205**

**Email: abbybuildings@yahoo.com**

**Mississippi State Bar Office of General Counsel,**

**Melissa Scott, Jeremy Bridsall, and Kathyrn Littell**

**Defendants**

**Of counsel the Honorable Wilson Minor**

2